AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## Northern District of California

Maria Elizabeth Robleto

           Plaintiff (s),

V.

Commissioner Social Security

           Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:15-cv-01019-JD

Notice is hereby given that, subject to approval by the court, __Maria Elizabeth Robleto__ substitutes
(Party (s) Name)

__Patricia L. McCabe__, State Bar No. __156634__ as counsel of record in
(Name of New Attorney)

place of __Maria Elizabeth Robleto, PRO SE__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Law Offices of Patricia L. McCabe
    Address: 7100 Hayvenhurst Avenue, Suite 314, Van Nuys, CA 91406
    Telephone: (818) 907-9726    Facsimile (818) 907-6384
    E-Mail (Optional): patricia@mccabedisabilitylaw.com

I consent to the above substitution.
Date: 10/19/15

           */s/ Mariela Elizabeth Robleto*
           (Signature of Party (s))

I consent to being substituted.
Date: 10/19/15

           */s/ Mariela Elizabeth Robleto*
           (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 11-19-15

           (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 12/30/2015

IT IS SO ORDERED
Judge James Donato

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]